**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL PLUMB, an individual, | CASE NO. 8:20−cv−01743−JVS−ADS |
| Plaintiff, | JUDGE:   Hon. James V. Selna |
| v. | **ORDER RE DISMISSAL PURSUANT TO FED. R. CIV. PROC. 41(a)(1)(A)(ii)** |
| ANTHEM, INC., an Indiana corporation; and DOES 1 through 10, inclusively, | |
| Defendants. | **Complaint Filed:** September 11, 2020<br>**Trial Date:**    None Set. |

   Pursuant to the parties' joint stipulation of dismissal pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii), the court orders this case dismissed with prejudice.

IT IS SO ORDERED.

Dated: November 04, 2020

_____
Honorable James V. Selna
United States District Court Judge